IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jason S. Blahnik, on behalf )
of himself and all others )
similarly situated, )
)
               Plaintiff, )
)
   v. )   No. 07 C 4344
)
U.S. Bank National Association, )
)
               Defendant. )

## MEMORANDUM ORDER

At the previously scheduled status hearing in this matter on December 21, 2007, this Court advised counsel for the parties that on December 20, 2007 it had issued its memorandum order granting the motion of U.S. Bank National Association ("U.S. Bank") to dismiss the putative class action brought it against it by Jason Blahnik ("Blahnik"). U.S. Bank's counsel advised that he had earlier prepared and would promptly file a Fed.R.Civ.P. ("Rule") 11 motion for sanctions against Blahnik or his counsel or both, having deferred such filing only until U.S. Bank's counsel had the opportunity to review the dismissal order.

That Rule 11 motion has now been filed, and this Court orders that a response be filed on Blahnik's behalf on or before January 9, 2008. This Court will then consider whether the parties have sufficiently met head on so that no reply from U.S.

Bank is needed before the motion can be addressed or, if such is not the case, it will set the date for the filing of such a reply.

                                                                       _____
                                                                       Milton I. Shadur
                                                                       Senior United States District Judge

Date:   December 27, 2007